THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 In The Interest
 of Quavious R., A Minor Under The Age Of Seventeen, Appellant.
 
 
 
 
 

Appeal From Darlington County
 Jamie Lee Murdock, Jr., Family Court
Judge
Peter Fuge, Family Court Judge

Unpublished Opinion No. 2011-UP-193
 Submitted April 1, 2011  Filed April 28,
2011    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor William B. Rogers, Jr., of Bennettsville,
 for Respondent.
 
 
 

PER CURIAM: Quavious R. appeals his commitment to the Department
 of Juvenile Justice for an indeterminate time not to exceed his twenty-first
 birthday after being found delinquent for second-degree burglary, arguing the
 trial court erred in denying his directed verdict motion.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL DISMISSED.
HUFF, SHORT, and PIEPER,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.